**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
NANCY RIVERO,

                    Plaintiff,

          -against-                           **AMENDED ORDER
APPOINTING COUNSEL**
06CV1590 (ADS)(AKT)

COUNTY OF NASSAU,
LT. ROBERT L. NASH,
POLICE OFFICER STEVEN ZACCHIA,
POLICE OFFICER BRIAN LARSEN,
POLICE OFFICER ANGELA IERARDO,
and JOHN and JANE DOES 1 through 10,
individually and in their official capacities
(the names JOHN and JANE DOE being fictitious,
as the true names are presently unknown),

                   Defendants.
----------------------------------------------------------X
**APPEARANCES:**

**NANCY RIVERO**
*Pro Se* Plaintiff
235 Jefferson Street
Apt. 6-D
Staten Island, NY 10306

**NASSAU COUNTY ATTORNEY'S OFFICE**
Counsel for the Defendants
One West Street
Mineola, NY 11501
      By:    Liora M. Ben-Sorek, Deputy County Attorney

**SPATT, District Judge.**

      Presently before the Court is a request from the *pro se* plaintiff, Nancy Rivero,

for the appointment of *pro bono* counsel. 28 U.S.C. § 1915(d) provides that "[t]he

court may request an attorney to represent any such person unable to employ counsel and may dismiss the case if the allegation of poverty is untrue, or if satisfied that the action is frivolous or malicious."

Counsel, Michael Garabedian, Esq., located at 267 Carleton Avenue, Suite 222, Central Islip, New York, 11722, having indicated to the Court that he will accept this assignment, is requested to file a notice of appearance with the Clerk of the Court and notify the plaintiff.

Counsel is expected to proceed expeditiously.

The Clerk of the Court is directed to mail a copy of this order to the plaintiff by certified mail, return receipt requested.

**SO ORDERED**.

Dated: Central Islip, New York
July 10, 2008

<u>/s/ Arthur D. Spatt</u>
ARTHUR D. SPATT
United States District Judge