EDWARD P. MANGANO  
County Executive



JOHN CIAMPOLI  
County Attorney Designee

COUNTY OF NASSAU  
OFFICE OF THE COUNTY ATTORNEY  
Ralph G. Caso Executive and Legislative Building  
One West Street  
Mineola, New York 11501-4820  
516-571-3056  
FAX: 516-571-3058  
WRITER'S DIRECT LINE: (516) 571-3014

February 2, 2010

Hon. Arthur D. Spatt  
United States District Court  
Eastern District of New York  
P.O. Box 9014  
Central Islip, New York 11722

      Re:   Nancy Rivero v. County of Nassau, Lieutenant Robert Nash, Police Officer Angela Ierardi, Police Officer Brian Larsen and Police Officer Steven Zacchia  
           CV-06-1590 (ADS) (AKT)

Dear Judge Spatt:

      This Office represents the defendants in the above-referenced action which is currently scheduled for jury selection on February 8, 2010. This letter is sent to advise the Court that the parties have today reached a settlement. Closing papers will be exchanged and the parties anticipate filing a Stipulation of Discontinuance within the next thirty days.

      As a corollary, the defendants, therefore, withdraw their motion for summary judgment which was filed on January 5, 2010.

      Thank you for your attention in this matter.

                              Respectfully submitted,

                              *Liora M. Ben-Sorek*  
                              Liora M. Ben-Sorek  
                              Deputy County Attorney

cc: Michael Garabedian, Esq. (via ECF)