| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 2/2/10 |
| | U.S. MAGISTRATE JUDGE | TIME: | 1:30 PM |

*Rivero -v- County of Nassau, et al.*, **CV 06-1590 (ADS) (AKT)**

TYPE OF CONFERENCE: **SETTLEMENT CONFERENCE**

APPEARANCES: Plaintiff   Michael Garabedian

Defendant   Leora Ben-Sorek

THE FOLLOWING RULINGS WERE MADE:

After meeting with the parties for a substantial period of time this afternoon, I am happy to report that this case has been settled. Plaintiff was asked a number of questions on the record regarding her understanding of the ramifications of settlement on the claims she has brought or could have brought as part of this action. Counsel have been directed to exchange settlement documents and to file a Stipulation of Discontinuance within thirty (30) days.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge