**EDWARD P. MANGANO**
County Executive



**JOHN CIAMPOLI**
County Attorney Designee

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-3058
WRITER'S DIRECT LINE: (516) 571-3014

February 2, 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 03 2010 ★

LONG ISLAND OFFICE

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

Re: Nancy Rivero v. County of Nassau, Lieutenant Robert Nash, Police Officer Angela Ierardi, Police Officer Brian Larsen and Police Officer Steven Zacchia
CV-06-1590 (ADS) (AKT)

Dear Judge Spatt:

This Office represents the defendants in the above-referenced action which is currently scheduled for jury selection on February 8, 2010. This letter is sent to advise the Court that the parties have today reached a settlement. Closing papers will be exchanged and the parties anticipate filing a Stipulation of Discontinuance within the next thirty days.

As a corollary, the defendants, therefore, withdraw their motion for summary judgment which was filed on January 5, 2010.

Thank you for your attention in this matter.

Respectfully submitted,

*Liora M. Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney

cc: Michael Garabedian, Esq. (via ECF)

So Ordered. Case closed pending the submission of final settlement documents.

U.S.D.J. Arthur D. Spatt
2/3/10