**EDWARD P. MANGANO**
County Executive



**JOHN CIAMPOLI**
County Attorney Designee

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-3058
WRITER'S DIRECT LINE: (516) 571-3014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 03 2010 ★
LONG ISLAND OFFICE

February 2, 2010

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**

Re: Nancy Rivero v. County of Nassau, Lieutenant Robert Nash, Police Officer Angela Ierardi, Police Officer Brian Larsen and Police Officer Steven Zacchia
<u>CV-06-1590 (ADS) (AKT)</u>

Dear Judge Spatt:

This Office represents the defendants in the above-referenced action which is currently scheduled for jury selection on February 8, 2010. This letter is sent to advise the Court that the parties have today reached a settlement. Closing papers will be exchanged and the parties anticipate filing a Stipulation of Discontinuance within the next thirty days.

As a corollary, the defendants, therefore, withdraw their motion for summary judgment which was filed on January 5, 2010.

Thank you for your attention in this matter.

Respectfully submitted,

*Liora M. Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney

cc: Michael Garabedian, Esq. (via ECF)

*[Handwritten:]* Motion for Summary Judgment is hereby withdrawn. Case closed subject to the terms of the Settlement agreement. Jury selection is cancelled.

U.S.D.J.   2/3/10